IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF A SUBPOENA FOR CERTAIN INFORMATION ASSOCIATED WITH mohamedsalman78@gmail.com ; msems1978@gmail.com ; soloislander@gmail.com STORED AT THE PREMISES CONTROLLED BY GOOGLE, LLC | Case No. MJ 19-0049-B<br><br>Filed Under Seal |

## ORDER

This matter is before the Court on the United States' Motion to Seal the Application for 18 U.S.C. 2705(b), this Order and associated documents. The Court, after having considered the motion and finding that the best interests of this case will be served by sealing the documents for twelve (12) months, ORDERS that the Application for 18 U.S.C. 2705(b), this Order, and other associated documents in the above-captioned matter be sealed for twelve (12) months.

The Court FURTHER ORDERS the United States to immediately notify the Clerk by the end of such twelve (12) month period to indicate whether any portion of the case should remain under seal. If the United States indicates that there is no further need to keep the case under seal, the Clerk is DIRECTED to unseal the case, or a portion thereof as the United States advises, without further order of the Court.

DONE AND ORDERED this __14th__ day of __February__, 2019.

United States Magistrate Judge Sonja Bivins

Digitally signed by United States Magistrate Judge Sonja Bivins
DN: cn=United States Magistrate Judge Sonja Bivins, o=Southern District of Alabama, ou=U.S. District Court, email=efile_Bivins@alsd.uscourts.gov, c=US
Date: 2019.02.14 15:01:18 -06'00'

UNITED STATES MAGISTRATE JUDGE